EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Agnes D. Martínez Colón | 2016 TSPR 161 <br><br> 196 DPR ____ |

Número del Caso: TS-13,539

Fecha: 12 de julio de 2016

Abogado de la Peticionaria:

Lcdo. Ramón A. Guzmán Rivera

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Agnes D. Martínez Colón                    TS-13,539

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de julio de 2016.

Examinada la Moción informativa en cumplimiento de resolución presentada por el Programa de Educación Jurídica Continua, reconsideramos nuestra Opinión Per Curiam del 28 de abril de 2016 en cuanto a la Sra. Agnes Martínez Colón a los fines de decretar su suspensión por un término de dos (2) meses, en lugar de indefinidamente. Ello, en vista de que ésta ha cumplido con los créditos de educación jurídica continua requeridos para los periodos 2007-2009, 2011-2013 y 2013-2015. Toda vez que al día de hoy la señora Martínez Colón lleva dos (2) meses suspendida de la profesión, se decreta su reinstalación inmediata al ejercicio de la abogacía y la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Juez Asociada señora Rodríguez Rodríguez disiente y emite las siguientes expresiones:

Considero incorrecto que una mayoría de este Tribunal altere la sanción impuesta mediante Opinión Per Curiam a la Lcda. Agnes D. Martínez Colón. Si bien es cierto

que la licenciada Martínez Colón evidenció en su Solicitud de reconsideración que cumplió con los créditos de educación jurídica continua adeudados, ello no altera el hecho de que ésta fue suspendida, además, por incumplir con nuestras órdenes y desatender el deber de mantener su información personal actualizada en el Registro Único de Abogadas y Abogados. Por ende, estimo que la sanción impuesta fue correcta y debió mantenerse inalterada.

Ahora bien, habida cuenta que la licenciada Martínez Colón subsanó las deficiencias en su expediente de educación jurídica continua respecto al periodo por el cual fue referida ante este Tribunal -1 de marzo de 2009 a 28 de febrero de 2011- y aquellos periodos subsiguientes, a saber: 1 de marzo de 2011 a 28 de febrero de 2013 y 1 de marzo de 2013 a 28 de febrero de 2015, no tendría reservas en acoger su Solicitud como una petición de reinstalación y proveería ha lugar, sin más.

La Jueza Asociada señora Pabón Charneco suspendería a la Sra. Agnes Martínez Colón por un término de seis (6) meses por incumplir nuestras órdenes.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina